JAMES M. MAKASIAN (SBN 71791)
JAMES M. MAKASIAN,
A PROFESSIONAL CORPORATION
1327 "N" Street
Fresno, California 93721
Telephone: (559) 442-4212
Facsimile:   (559) 445-0328

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMVEER S. GREWAL,<br><br>           Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, SECRETARY DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>           Defendants. | CASE #:  1:09-CV-00423-LJO-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KARMVEER S. GREWAL, AND PROPOSED ORDER<br><br>Rule 41(a)(1)<br><br>WAC RECEIPT # 07-249-53998 |

PLEASE TAKE NOTICE:

Plaintiff, KARMVEER S. GREWAL, hereby requests that the case be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment

---
NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KARMVEER S. GREWAL, AND PROPOSED ORDER
CASE NO. 1:09-CV-00423-LJO-SMS

1
2  have been filed in this case.  No such answers or summary judgment motion have
3  been served.
4  ///
5  ///
6       Accordingly, Plaintiff, KARMVEER S. GREWAL, requests that this action
7  be dismissed.
8
                                                    Respectfully Submitted,
9
10
11
12  Dated:      June 1, 2009          /s/JAMES M. MAKASIAN
                                      JAMES M. MAKASIAN
13                                    Attorneys for Plaintiff
14
15                                    ORDER
16
17       Plaintiff's request to dismiss is GRANTED.  The Clerk of the Court is
18  DIRECTED to close this action.
19
20  IT IS SO ORDERED.

Dated:   **June 4, 2009**                    /s/ Lawrence J. O'Neill
21                                           UNITED STATES DISTRICT JUDGE
22
23
24

---
NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KARMVEER S. GREWAL, AND PROPOSED ORDER
CASE NO. 1:09-CV-00423-LJO-SMS